ATTORNEY GRIEVANCE COMMISSION*   IN THE
OF MARYLAND                        *
200 Harry S. Truman Parkway    *   COURT OF APPEALS
Suite 300                          *
Annapolis, MD   21401         *   OF MARYLAND
                                  *
     Petitioner               *
                                  *   Misc. Docket AG
v.                            *   No. 0012
                                  *   September Term, 2015
KATHRYN ANNE LANGE        *
                                  *   In the Circuit Court
                                  *   for Baltimore County
                                  *   Case No. 03-C-15-004636
     Respondent             *

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16-722, in which Respondent admits she committed professional misconduct in violation of Rules 1.15(a), 3.3(a)(1), and 8.4(a)(b)(c) and (d) of Maryland Lawyers' Rules of Professional Conduct and Maryland Rule 16-609, it is this

  21st  day of  August  , 2015,

ORDERED, that Respondent, Kathryn Anne Lange, be and she is hereby disbarred from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall remove the name of Kathryn Anne Lange from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772 (d).

/s/ Lynne A. Battaglia
Senior Judge